UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| 800 SOUTH WELLS PHASE II, LLC, | ) |
| | ) Case No. 13-36880 (JPC) |
| Debtor. | ) |
| | ) |

### NINTH INTERIM ORDER GRANTING DEBTOR'S MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. § 1121(d) EXTENDING THE EXCLUSIVE TIME PERIODS DURING WHICH DEBTOR MAY FILE A CHAPTER 11 PLAN OR PLANS OF REORGANIZATION AND SOLICIT ACCEPTANCES THEREOF

Upon the motion (the "*Motion*"), of the debtor and debtor in possession in the above-captioned case (the "*Debtor*") and each of Lake Dearborn, LLC, Dearborn Retail, LLC, Dearborn Residential, LLC, DR Dearborn Investment, LLC, La Salle Commercial, LLC, and Invsco Employee Services (the "*Former Debtors*"), for entry of an order pursuant to section 1121(d) of the Bankruptcy Code[1] seeking an extension of the Exclusive Periods during which the Debtor may file a chapter 11 plan or plans and solicit acceptances thereof, the Court having previously held a hearing on the Motion on December 19, 2013 and entering the first interim order; the Court having previously held a hearing on February 27, 2014 and entering the second interim order; the Court having previously held a hearing on April 17, 2014 and entering the third interim order; the Court having previously held a hearing on April 29, 2014 and entering the fourth interim order; the Court having previously held a hearing on May 15, 2014 and entering the fifth interim order; the Court having previously held a hearing on June 3, 2014 and entering the sixth interim order; the Court having previously held a hearing on July 22, 2014 and

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion.

entering the seventh interim order; he Court having previously held a hearing on September 17, 2014 and entering the eighth interim order; and it appearing that the relief requested herein is in the best interests of the Debtors' estates, their creditors, and other parties in interest; it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); it appearing that venue of this proceeding is proper pursuant to 28 U.S.C. §§ 1408 and 1409; it appearing that notice of this Motion and opportunity for a hearing on this Motion was appropriate under the particular circumstances and that no other or further notice need be given; the chapter 11 cases of the Former Debtors having been dismissed; the case of the Debtor being the only case currently pending before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Motion is granted; and it is further

ORDERED that, pursuant to section 1121(d) of the Bankruptcy Code, the Debtor's Exclusive Filing Period is extended to and including October 22, 2014; and it is further

ORDERED that, pursuant to section 1121(d) of the Bankruptcy Code, the Debtor's Exclusive Solicitation Period is extended to and including December 21, 2014; and it is further

ORDERED that the relief granted herein is without prejudice to the Debtor's right to request further extensions of the Exclusive Periods pursuant to section 1121(d) of the Bankruptcy Code; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or in relation to the implementation of this Order; and it is further

ORDERED that a continued hearing on the Motion will be held on Tuesday, October 21, 2014 at 10:00 a.m.

Dated: __10-7-14__     J. Cox     *Jacqueline P. Cox*
　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE