# EXHIBIT C

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| 800 SOUTH WELLS PHASE II, LLC, | ) Case No. 13-36880 (JPC) |
| Debtor. | ) |

**NOTICE OF (I) AUCTION, (II) BIDDING PROCEDURES, (III) DEBTOR'S INTENT TO SELL REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, AND (IV) SALE HEARING**

**TO ALL CREDITORS AND OTHER PARTIES IN INTEREST**
**PLEASE TAKE NOTICE:**

On August 19, 2013, 800 South Wells Phase II, LLC (the "*Debtor*") filed a voluntary petition for reorganization (the "*Chapter 11 Case*") under chapter 11 of title 11 of the United States Code in the United States Bankruptcy for the Northern District of Illinois. In connection with the Chapter 11 Case, the Debtor is selling that certain real property located at 800 South Wells Street, Chicago, Illinois 60607(the "*Property*").

**Sale Hearing**: Pursuant to an Order of the Bankruptcy Court (Dkt. No.[__]), a hearing (the "*Final Hearing*") will be held before The Honorable Jacqueline P. Cox, United States Bankruptcy Judge, on **December 4, 2014 at 10:00 a.m. (Central Time)** in the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Courtroom 680, Chicago, Illinois 60604, to consider the Debtor's motion (the "*Sale Motion*"), dated October 27, 2014 (Dkt. No. [__]), seeking, *inter alia,* entry of an order: (a) approving procedures (the "*Bidding Procedures*") for the sale (the "*Sale*") of the Property pursuant to section 363 of the Bankruptcy Code; (b) scheduling an auction; (c) approving the form and manner of notices associated with the Sale and Auction; (d) scheduling a final hearing to consider approval of the Sale of the Property; and (e) granting related relief.

**Sale of Assets**: The Debtor shall offer, via an auction as provided below (the "*Auction*"), the Property, free and clear of existing liens and security interests to the extent provided for in section 363 of the Bankruptcy Code. Additional detail on the Property can be obtained by contacting the Debtor's real estate broker at the address listed below.

**Initial Bid**: CMK Group, LLC ("*CMK*"), has submitted to the Debtor an initial stalking horse bid of $4,872,000 (the "*Initial Bid*"), which will serve as the minimum bid at the Auction.

**Submission of Offers**: All potential buyers desiring to bid at the Auction shall be required to comply with the terms of the Bidding Procedures attached to the Sale Motion as

Exhibit B.  Among other things, all bids (i) must meet the Minimum Bid (as defined in the Bidding Procedures) for the subject Property; (ii) must be received by **November 26, 2014** at 4:00 p.m. CST as provided for in the Bidding Procedures; and (iii) potential bidders must demonstrate to the Debtor the financial ability to close the proposed transaction.

**Auction**: As set forth in the Bidding Procedures, the auction shall take place on **December 2, 2014** at 10:00 a.m. at the offices of the Debtor's counsel, Goldstein & McClintock LLLP, located at 208 South LaSalle Street, Suite 1750, Chicago, Illinois 60604.

WHILE SUCH SALE IS PROCEEDING UNDER THE BANKRUPTCY CODE, THE ACQUIRED PROPERTY IS BEING SOLD ON AN "AS-IS, WHERE-IS" BASIS AND WITH NO EXPRESS OR IMPLIED WARRANTIES, REPRESENTATIONS, STATEMENTS OR CONDITIONS OF ANY KIND INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

For further information concerning the Property, please contact the real estate broker for the Debtor:

Daniel J. Hyman
Millennium Properties R/E, Inc.
200 West Madison, 36th Floor
Chicago, Illinois 60606
Telephone: (312) 338-303
E-mail: dhyman@mpirealestate.com

Dated:  October 27, 2014

Respectfully submitted,

**800 SOUTH WELLS PHASE II, LLC**

By:     /s/ Harold D. Israel

GOLDSTEIN & MCCLINTOCK LLLP
Harley J. Goldstein, Esq.
Harold D. Israel, Esq.
208 S. LaSalle Street, Suite 1750
Chicago, Illinois 60604
Telephone: (312) 337-7700
Facsimile: (312) 277-2305

*Counsel for the Debtor and Debtor in Possession*