# FIRST AMENDMENT TO
# PURCHASE AGREEMENT

THIS **FIRST AMENDMENT TO PURCHASE AGREEMENT** ("Amendment") is made as of December 3, 2014, by and between **CMK GROUP, LLC**, an Illinois limited liability company, or its assignee or nominee ("**Buyer**") and **800 SOUTH WELLS PHASE II, LLC**, an Illinois limited liability company ("**Seller**").

Buyer and Seller have heretofore entered into that certain Purchase and Sale Agreement with an Effective Date of October 28, 2014 (the "**Purchase Agreement**"), for the acquisition of real property located at and commonly known as 800 South Wells Street and more particularly described therein.  In the event of a conflict between the terms of the Purchase Agreement and the terms and conditions of this Amendment, the terms and conditions of this Amendment shall govern and control.

Buyer and Seller desire to amend the Purchase Agreement on the terms and provisions hereinafter contained.

1.      **Amendments**.

    (a)     Section 1-Purchase Price is hereby amended by deleting "*Four Million Eight Hundred Seventy Two Thousand and 00/100 Dollars ($4,872,000.00)*" and substituting therefor "*Seven Million Seven Hundred Fifty Thousand and 00/100 Dollars ($7,750,000.00)*".

    (b)     Subsection 8 (a) is hereby amended by adding the following at the end of (ii):

> *"provided that if, prior to Closing, Seller has not entered into an Easement Agreement reasonably acceptable to Buyer, then Buyer agrees to assume complete responsibility for negotiating such Easement Agreement and that a fully agreed-upon (or executed) Easement Agreement is not a condition to Closing;"*

2.      **Miscellaneous**.

    (a)     This Amendment may be executed in multiple counterparts (no one of which need contain the signature of more than one party hereto so long as each party hereto executes at least one such counterpart), each of which shall be deemed an original and all of which, when taken together shall constitute and be one and the same instrument.

    (b)     This Amendment shall be governed by and construed and enforced in accordance with the laws of the State of Illinois.

(c)     This Amendment shall extend to, be binding upon and inure to the benefit of the parties hereto and their respective successors, assigns, heirs and legal representatives.

(d)     The Purchase Agreement is hereby ratified and confirmed and shall remain unmodified and in full force and effect except as herein expressly amended.

(e)     All capitalized terms used in this Amendment and not defined herein shall have the meaning ascribed to such terms in the Purchase Agreement.

*[BALANCE OF PAGE INTENTIONALLY LEFT BLANK –*
*SIGNATURES APPEAR ON FOLLOWING PAGE]*

**IN WITNESS WHEREOF** the parties have executed this First Amendment to Purchase Agreement as of the date first written above.

SELLER:

**800 SOUTH WELLS PHASE II, LLC**, an Illinois limited liability company

By:_____

Nicholas S. Gouletas, Manager

Date: _____

BUYER:

**CMK GROUP, LLC**, an Illinois limited liability company

By:_____

**Colin M. Kihnke**, Manager

Date: _____

**IN WITNESS WHEREOF** the parties have executed this First Amendment to Purchase Agreement as of the date first written above.

SELLER:

**800 SOUTH WELLS PHASE II, LLC**, an Illinois limited liability company

By:_____
    **Nicholas S. Gouletas**, Manager
Date:  _____


BUYER:

**CMK GROUP, LLC**, an Illinois limited liability company

By:_____
    **Colin M. Kihnke**, Manager
Date:  DECEMBER 5, 2014